UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
UNITED STATES OF AMERICA, )
 )
                Plaintiff, ) Case No. MC18-0007RSL
    v. )
 ) ORDER TO ISSUE WRIT OF
LINDA ANN EDWARDS, a/k/a Ann Lynne ) CONTINUING GARNISHMENT
Springer, ) AND NOTICE TO DEFENDANT/
 ) JUDGMENT DEBTOR
            Defendant/Judgment Debtor, )
 )
    v. )
 )
WELLS FARGO BANK, N.A., )
 )
             Garnishee. )
_____)

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Linda Ann Edwards, a/k/a Ann Lynne Springer, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Wells Fargo Bank, N.A. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on January 23, 2018. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

Dated this 25th day of January, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge